In Re the Arbitration of Richard G. **FRYER, Respondent,**

v.

## NATIONAL UNION FIRE INSURANCE COMPANY, Appellant.

### No. C8–83–1444.

Supreme Court of Minnesota.

Aug. 29, 1984.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of National Union Fire Insurance Company for further *review* of the decision of the Court of Appeals, 346 N.W.2d 353, be, and the same is, *granted*. Briefs shall be filed in the quantity, form and within the time limitations contained in Minn.R.Civ. App.P. 131 and 132. Counsel will be notified at a later date of the time for argument before this court. No requests for extensions of time for the filing of briefs will be entertained.